1

2  POLK, PROBER & RAPHAEL, A LAW CORPORATION
   DEAN R. PROBER, ESQUIRE, #106207
3  LEE S. RAPHAEL, ESQUIRE #180030
   CASSANDRA J. RICHEY, ESQUIRE #155721
4  DAVID F. MAKKABI, ESQUIRE #249825
   20750 Ventura Boulevard, Suite 100
5  Woodland Hills, California 91364
   (818) 227-0100
6  C.094-5469

7

8
                    UNITED STATES BANKRUPTCY COURT
9
                       DISTRICT OF NEVADA (RENO)
10

11  In re                                    Bk. No. 09-52451-gwz
    JAMES JOSEPH JACOBSEN
12  AND CINDI MARIE JACOBSEN              Chapter 13

13        Debtors.                        REQUEST FOR SPECIAL NOTICE

14  _____/

15        IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which

16  claimant BAC Home Loans Servicing, LP, its assignees and/or successors in interest, is entitled to

17  service or notice, also be sent to the agent for BAC Home Loans Servicing, LP, its assignees and/or

18  successors in interest, addressed as follows:

19

20

21                            POLK, PROBER & RAPHAEL, A LAW CORPORATION
22                            20750 Ventura Boulevard, Suite 100
                              Woodland Hills, California 91364
23

24  Dated: August 17, 2009       By /s/ Dean R. Prober_____
                                     DEAN R. PROBER, ESQ., CA BAR # 106207
25                                As Agent for BAC Home Loans Servicing, LP

26

27
                                          1
28

1

2
<u>PROOF OF SERVICE</u>

3
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

4
I, Danielle Seth-Hunter, certify that I am a resident of the County aforesaid; I am

5
over the age of 18 years and not a party to the within action; my business address is 20750 Ventura

6
Boulevard, Suite 100, Woodland Hills, California 91364.

7
On, October 1, 2009 I served the within REQUEST FOR SPECIAL NOTICE on all

8
interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed

9
envelope with postage prepaid in the United States Mail at

10
Woodland Hills, California, addressed as follows:

11
James Joseph Jacobsen
Cindi Marie Jacobsen

12
1827 Kodiak Circle
Reno, NV 89511

13
Debtors

14
Christopher Patrick Burke, Esquire

15
702 Plumas Street
Reno, NV 89509

16
Attorney for Debtors

17
William A. Van Meter

18
P. O. Box 6630
Reno, NV 89513

19
Chapter 13 Trustee

20
I declare that I am employed in the office of a member of the Bar at whose direction this

21
service was made.

22
I certify under penalty of perjury that the foregoing is true and correct.

23
Executed on October 1, 2009, at Woodland Hills, California.

24

25
/s/ Danielle Seth-Hunter

26
Danielle Seth-Hunter

27

28
2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28